# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| SUNSERAE SIMMONS, | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 4:11-cv-00611-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration, | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE